GEORGE PARKER, Respondent, *v.* THE HANNIBAL AND ST. JOSEPH RAILROAD COMPANY, Appellant.

*Appeal from Macon Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

This was a motion to quash an execution in the court below, which was overruled, and the party appealed to this court. The facts are the same as those arising in the case of Ruby v. the same defendant, decided at this term; and for the reasons given in that case the judgment will be affirmed. The other judges concur.